Name: JAYSON August

Address: 273 WISCONSIN AVE #28 El Cajon 92020

Telephone Phone: 249 965 NO To VoiceMail

Email:

**FILED**
MAY 04 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

JAYSON August, Plaintiff(s),

v.

FBI, Defendant(s).

Case No.: **17 CV 0899 WQH JLB**
(assigned at time of filing)

**COMPLAINT**

## I. RELATED CASES

a. Do you have other Civil Case(s) in this or any other federal court?
☐ Yes   ☒ No

b. If yes, please list the case numbers here:

## II. STATEMENT OF CLAIM
*(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

III. **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

5-4-17
Date

Jayson August
Signature

JAYSON August
Printed Name

the FBI has try to kill me and my wife

[handwritten top:] this started about when I got the first police Report there killing me I need help

[handwritten left margin:] I have tourette I hit my wife Back

[handwritten across letterhead:] engry wopons victoms . com

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

August 9, 2001

[handwritten:] DoT Read this out loud

Mr. Jayson August
4026 North Benita
Spring Valley, California 91977

Dear Mr. August:

This letter acknowledges receipt of your faxes to the Federal Bureau of Investigation's (FBI) Office of Professional Responsibility (OPR), dated August 4 and August 6, 2001, and your telephonic contacts with OPR on August 3 and August 6, 2001. OPR is the FBI entity responsible for investigating allegations of serious misconduct or criminal activity on the part of FBI employees. [handwritten:] TRYED THIS IN 96

You advised that you contacted the FBI's San Diego Division regarding your complaint against the University of California, San Diego, Managed Care Health Services Department, and that the San Diego Division failed to assist you in this matter.

OPR gives serious and appropriate attention to all allegations of FBI employee misconduct. Since your letter makes no allegation against a specific FBI employee, OPR will take no further action regarding this matter. Your letter has been forwarded to the Special Agent in Charge (SAC) of the FBI's San Diego Division for his attention. [handwritten:] OVER

Sincerely yours,

Russell T. Bransford

Russell T. Bransford.
Acting Chief, Internal Investigative Unit I
Office of Professional Responsibility

[handwritten bottom left:] the tell nothing but lys they made so much up talk to me plase ? #9 8695

[handwritten bottom:] ie had his name and wouldn't talk to me any more they ruined my rep. and just to kill me. the pain the Burns were to much and they killed my dog think my cat is dieing she cant tuch the floor to eat or to police to get new Orec. on me the comp. is down police said fur being hearassed it not aguist the law good luck
PLEASE PUT THIS ON THE NET

they drove me and my wife off a cliff on our Back from canada there as sex they should be talked about. Very convoluted they FBI will say one thy

energy wepons victom

I would like you to tell the FBI to seize and Desist order please this harrassment

my wife is by poler. a few years ago for about 1 1/2 yrs she hit me. One day the cop I was talking to turn of the recorder. He said hit her back in the arm that worked some what

I'm not carzy the said I'm paranoid stg= A frinec. tri and attment to stop this I said I was. But the voices I heard I said were my cozin Abi Lielon, and tede rosailt PREAdent. you only hear your own voice. so much has happen in 35 years of this

Jayson James August